UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Stabilization Agreement of the Sheet Metal Trust Fund, et al.<br>Plaintiff,<br><br>v.<br><br>E A Breen Jr. Roofing & Sheet Metal Work, Inc.<br>A/k/a E.A. Breen, Jr. Roofing & Sheet Metal Work, Inc.<br>A/k/a E.A. Breen, Jr. Rfg & Sheet Metal Works,<br>A/k/a E.A. Breen, Jr. Rfg & SM Works Inc.,<br>Defendant | MBD No. 5-mc-10308-RCL |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for E.A. Breen Jr. Roofing & Sheet Metal Work, Inc., the Defendant in the above-entitled action.

Respectfully submitted,

E.A. Breen Jr. Roofing & Sheet Metal Work, Inc, .
By its Attorney,

DATE: 2/15/05

Lisa S. Mediano, BBO #642750
Law Office of Lisa S. Mediano
399 Main Street, Suite 3
Medford, MA 02155
(781) 395-4663