Case 1:05-mc-10308-RCL   Document 10   Filed 02/15/2006   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| National Stabilization Agreement of the Sheet Metal Trust Fund, et al.  )<br>Plaintiff, )<br> )<br>v. )<br> )<br>E A Breen Jr. Roofing & Sheet Metal Work, Inc. )<br>A/k/a E.A. Breen, Jr. Roofing & Sheet Metal Work, Inc. )<br>A/k/a E.A. Breen, Jr. Rfg & Sheet Metal Works, )<br>A/k/a E.A. Breen, Jr. Rfg & SM Works Inc., )<br>Defendant ) | MBD No. 5-mc-10308-RCL |

**NOTICE OF CONSULTATION BETWEEN PARTIES TO SETTLE DISPUTE PRIOR TO MOTION**

Now comes the defendant in the above-entitled action and informs this Honorable Court that counsel for the parties have attempted to negotiate a settlement of this dispute for the past two months, but have not been successful. Counsel for the defendant states that the attachment upon the defendant's business funds has caused irreparable harm to the defendant's carrying on of its business, and numerous attempts have been made to settle the matter with plaintiff's counsel, but no settlement amount has been forthcoming from the plaintiff. The defendant has offered to release substantial funds to settle the matter, but the plaintiff has delayed their response, placing the defendant in dire financial straits and creating an emergency situation such that it is unable to conduct business without access to the funds.

DATE:

Respectfully submitted,

E.A. Breen Jr. Roofing & Sheet Metal Work, Inc, .
By its Attorney,

_____
Lisa S. Mediano, BBO #642750
Law Office of Lisa S. Mediano
269 Main Street
Medford, MA  02155
(781) 395-4663