# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE

2006 JUN -1  P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| National Stabilization Agreement of the Sheet Metal Industry Trust Fund, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| E A Breen Jr. Roofing & Sheet Metal Work, Inc. a/k/a E A Breen, Jr. Roofing & Sheet Metal, Inc. a/k/a E A Breen Jr. Rfg & Sheet Metal Works a/k/a E A Breen Jr. Rfg & SM Works, Inc. | ) ) ) ) ) MBD No. 05-mc-10308-RCL ) |
| Defendant | ) ) |
| and | ) ) |
| Winter Hill Bank, | ) ) |
| Trustee | ) |

## JUDGMENT AGAINST TRUSTEE WINTER HILL BANK

This matter came before the Court on Plaintiffs' Motion to Charge Trustee. The unopposed motion to charge Trustee Winter Hill Bank in the amount of $29,586.29 was granted on May 11, 2006. Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered against Trustee Winter Hill Bank and Plaintiffs shall recover from Trustee Winter Hill Bank the amount of $29,586.29 from the goods, effects and credits of Defendant in the hands and possession of Trustee Winter Hill Bank.

By the Court,

Dated: July 19, 2006

Lisa M. Hourihan
Deputy Clerk