# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**TRUSTEE EXECUTION**  MBD NO. 05-mc-10308-RCL

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

**WHEREAS** National Stabilization Agreement of Sheet Metal Ind. Trust Fund, et als has recovered judgment against E A Breen Jr. Roofing & Sheet Metal Work, Inc. on the 13th day of May, 2005, in the United States District Court for the Eastern District of Virginia for the sum of $ 17,765.81, debt or damage, pre-judgment interest in the amount of $ 5858.30, and costs of this suit in the amount of $ 334.07 + $5628.11(fees); and execution was likewise awarded for the same sum against the goods, effects, and credits of the Judgment Debtor in the hands and possession of Winter Hill Bank of 342 Broadway, Somerville, MA trustee of the Judgment Debtor, as to us appears of record, whereof this Trustee Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor in the hands and possession of the trustee, jointly and severally, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ 29,586.29, in the whole, with interest thereon at the rate of 12% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 24 day of August.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: Steve York
Deputy Clerk